IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JBS PACKING COMPANY, INC. <br> and HHS ENTERPRISES, INC. | § <br> § <br> § | |
| V. | § | 1:07-CV-790 |
| | § <br> § | |
| WESTCHESTER SURPLUS LINES <br> INSURANCE COMPANY | § <br> § | |

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a referral order entered on October 30, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court remand this case to the 60th Judicial District Court of Jefferson County, Texas.

The magistrate judge's report is hereby **ADOPTED**. This case is **REMANDED** to the 60th Judicial District Court of Jefferson County, Texas. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

**SIGNED** this the 17 day of **March, 2008.**

_____
Thad Heartfield
United States District Judge